UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE:<br><br>JONATHAN M. SEIDLE,<br>Debtor.<br>____________________________________<br><br>NAVY FEDERAL CREDIT UNION,<br>Movant,<br>v.<br>JONATHAN M. SEIDLE,<br><br>Debtor,<br>and<br><br>KENNETH E. WEST, Trustee,<br>Respondents. | Chapter 13<br><br>Case No. 26-12654 DJB |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**WITH RESPECT TO PROPERTY LOCATED AT**
**6155 GRAYS AVENUE, PHILADELPHIA, PENNSYLVANIA 19142**

Movant, Navy Federal Credit Union seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d) and requests an Order authorizing Movant to exercise its rights and remedies under state law with regard to the premises described below pursuant to the Note and Mortgage between Debtor, Jonathan M. Seidle, and Movant and in support thereof, avers as follows:

1. Movant is Navy Federal Credit Union.

2. Debtor, Jonathan M. Seidle, is the owner of the premises located at 6155 GRAYS AVENUE, PHILADELPHIA, PENNSYLVANIA 19142 and consisting of a lot of ground with improvements (the “Premises”).

3. Debtor’s executed a Promissory Note secured by a Mortgage. The Promissory Note (the “Note”) is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the Note. Creditor is the original mortgagee or beneficiary or the

assignee of the Mortgage. A true and redacted copy of the Note is attached as Exhibit "A" and is hereby incorporated by reference.

4. Movant is the holder of a secured claim (the "Claim") against the Debtor by virtue of a Mortgage (the "Mortgage") dated August 28, 2023, and recorded in the Office of the Recorder of Deeds of and for Philadelphia County, Pennsylvania, on October 20, 2023, at Document Id: 54235492. The Mortgage encumbers real property located at 6155 Grays Avenue, Philadelphia, Pennsylvania 19142. A true and redacted copy of the Mortgage is attached as Exhibit "A" and is hereby incorporated by reference.

5. Debtor filed a Petition for Relief under Chapter 13 of the Bankruptcy Code on June 22, 2026 and, as a result, any state court proceedings were stayed. It is believed and therefore claimed that Debtor filed the instant bankruptcy as an additional delay in order to prevent Movant from proceeding with the state court proceedings or otherwise institute proceedings as allowed under the Mortgage.

6. Debtor is currently in default under the Mortgage with a three month delinquency.

7. The total amount of delinquency is $1,952.07 which includes post-petition mortgage payments for the months of July 1, 2026 through and including September 1, 2026 with each payment in the amount of $650.69. A true an correct copy of the Post-Petition Payment History Form 4001-1 is attached hereto, made a part hereof and marked as Exhibit "B".

8. As a result of the Debtor's default and failure to make payments or to otherwise adequately provide for Movant in the bankruptcy filing, Movant is not adequately protected and is entitled to relief.

9. The Debtor(s) Schedule A/B indicates a valuation of the property in the amount of $96,324.00. A copy of the Debtor's Schedule A/B is attached as Exhibit "C" and incorporated herein

by reference.

10. As of September 3, 2026, the estimated amount necessary to payoff the loan is $52,776.82.

11. Movant requests that the stay of Bankruptcy Rule 4001(a)(4) be waived.

12. Movant has cause to have the Automatic Stay terminated as to permit Movant to complete foreclosure on its mortgage.

WHEREFORE, Movant, NAVY FEDERAL CREDIT UNION , respectfully requests that this Court grant the appropriate relief under 11 U.S.C. §362 from the automatic stay as set forth in the proposed order, lifting the Automatic Stay imposed by Section 362 of the Bankruptcy Code and allowing Movant to immediately exercise its rights and remedies against the Premises being located 6155 GRAYS AVENUE, PHILADELPHIA, PENNSYLVANIA 19142, under state law, including, without limitation, foreclosure and execution on the Premises together with waiver of Bankruptcy Rule 4001(a)(4), and granting such other and further relief as the Court deems just.

Respectfully Submitted:

Fein, Such, Kahn & Shepard, P.C.

Date: September 4, 2026

*/s/ Tammy L. Terrell Benoza*
Tammy L. Terrell Benoza, Esq.
6 Campus Drive, Suite 304
Parsippany, New Jersey 07054
973-538-4700
Court Id No: 325339
Email: bankruptcy@fskslaw.com